

Ashley A. LeBlanc
Tel 212.801.2285
Fax 212.801.6400
leblanca@gtlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2025
```

**MEMO ENDORSED**

June 9, 2025

**VIA ECF**
Honorable Katharine H. Parker
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

Re:   ***Bell v. JPMorgan Chase Bank, N.A.***, Civ. A. No. 1:25-cv-02324-JAV-KHP
      **Defendant JPMorgan Chase Bank, N.A.'s First Request for
      Adjournment of June 18, 2025, Initial Case Management Conference**

Dear Judge Parker:

This firm represents Defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. Chase respectfully requests an adjournment of the Initial Case Management Conference, which is currently scheduled for June 18, 2025. An adjournment is necessary because I will be travelling on that date and an adjournment will provide an opportunity for Chase to submit its response to the complaint in this matter (due June 27, 2025), in advance of the Conference.

Pursuant to your Honor's Individual Rules, Rule I(c), we are providing the following information in connection with this request:

1.  The original date for the Initial Case Management Conference was June 18, 2025. The parties are available and suggest an alternative date between July 7, 2025 and July 31, 2025, except for July 21-22, 2025.
2.  This is Chase's first request for an adjournment of the Initial Case Management Conference.
3.  As this is the first request, there have been no prior grants or denials of the request.
4.  Counsel for Plaintiff has consented to this request.

Thank you for your time and for your consideration of this request.

Respectfully,

*Ashley A. LeBlanc*

Ashley A. LeBlanc

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.2285 | F +1 212.801.6400

CC: All Counsel of Record (via ECF)

**APPLICATION GRANTED:** The Initial Conference set for 6/18/2025 at 03:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, July 29, 2025 at 12:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

06/10/2025