**SCHLANGER LAW GROUP LLP**

July 25, 2025

**VIA ECF**

Honorable Katharine H. Parker
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for **Tuesday, July 29, 2025 at 12:00 p.m.** is hereby converted to telephonic. At the scheduled time, the parties shall dial 646-453-4442, conference ID 356 367 650#
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 07/25/2025

Re:              *Bell v. JPMorgan Chase Bank, N.A.*
Civil Action No.:   1:25-cv-02324

Your Honor:

My firm is counsel to Plaintiff in the above-referenced action. We write with consent of Defendant JPMorgan Chase Bank, N.A. to request an adjournment of the Initial Case Management Conference which is currently scheduled for July 29, 2025 or in the alternative allow me to appear remotely. The reason for the request is that I have only very recently been assigned to handle this matter. Although, I have previously entered an appearance in this matter, attorney Paul Tadross was the lead attorney and was going to enter his appearance upon his admission to this bar; however, he very recently ended his association with Schlanger Law Group. The adjournment will permit me to become better acquainted with the file.

Pursuant to your Honor's Individual Rules, Rule I(c), we are providing the following information in connection with this request:

1. The original date for the Initial Case Management Conference was June 18, 2025.
2. There was one prior request to adjourn the June 18, 2025 Initial Case Management Conference by the Defendant, on consent of Plaintiff.
3. Defendant consents to the Plaintiff's instant request for an adjournment.
4. This is the Plaintiff's first request for an adjournment.
5. The parties are available and suggest the following alternative dates:
    - August 5-8, 2025
    - August 12, 2025
    - August 14, 2025
    - August 25-29, 2025.

We thank Your Honor for consideration of this extension request.

Respectfully,

*/s/Jason Verhagen*

Jason Verhagen

cc: all counsel of record

---

**New York City:**
60 East 42nd Street, 46th Floor
New York, NY 10165

**Rochester, NY:**
150 Allens Creek Road, Suite 200
Rochester, NY 14618

**T.** 212.500.6114
**F.** 646.612.7996
**E.** jverhagen@consumerprotection.net

*Please use our ROCHESTER address for all hard copy correspondence.*