**SCHLANGER LAW GROUP LLP**

September 15, 2025

VIA ECF
Honorable Katharine H. Parker
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2025

**MEMO ENDORSED**

      **Re:**      *Bell v. JPMorgan Chase Bank, N.A.*
      **Civil Action No.:**    1:25-cv-02324

Your Honor:

    My firm is counsel to Plaintiff in the above-referenced action. We write with consent of Defendant JPMorgan Chase Bank, N.A. to request that the Settlement Conference and associated deadline for submission Settlement Conference Summary Report be adjourned to a date in the future that is convenient for the Court. The request is being made to allow the parties more time to negotiate in advance of any settlement conference. Plaintiff failed to submit an initial settlement demand to Defendant by August 19, 2025 as directed due to calendaring error. As a result, the parties have not had a full opportunity to explore settlement in advance of the settlement conference. Plaintiff did submit a demand on September 3, 2025 to which Defendant has responded. Plaintiff has made a counteroffer which is currently under consideration by the Defendant. The parties have been negotiating in good faith and are hopeful that with a bit more time, an agreement can be reached without the need for Court involvement. Additionally, Counsel for Plaintiff has multiple other pressing matters that make a personal appearance in New York on Monday a hardship.

    Pursuant to your Honor's Individual Rules, Rule I(c), I am providing the following information in connection with this request:

1. The Settlement Conference Summary Report is due September 15, 2025;
2. The original date for the Settlement Conference is September 22, 2025;
3. There has been no prior request to adjourn the Settlement Conference;
4. Defendant consents to Plaintiff's instant request for an adjournment;
5. This is Plaintiff's first request for an adjournment of the Settlement Conference; and;
6. The parties are available all dates through December, with the exception of November 12, 2025 through November 18, 2025.

    Separately, the Parties jointly request that the parties be permitted to appear remotely for any settlement conferences due to hardship. Both Plaintiff and Defendant's representative reside out of state and travel to New York for the day would be an expensive, time-consuming hardship when they could otherwise appear and participate in the conference via phone. Additionally, the amount in dispute favors a remote appearance for the settlement conference.

    We thank Your Honor for consideration of this extension request.

---

**New York City:**
60 East 42nd Street, 46th Floor
New York, NY 10165

**Rochester, NY:**
150 Allens Creek Road, Suite 240
Rochester, NY 14618

T. 212.500.6114
F. 646.612.7996
E. jverhagen@consumerprotection.net

*Please use our ROCHESTER address for all hard copy correspondence.*

Respectfully,

*/s/Jason Verhagen*

Jason Verhagen

cc: all counsel of record

---

**APPLICATION GRANTED:** **The settlement conference in this matter scheduled for Monday, September 22, 2025 at 10:00 a.m. is hereby converted to Microsoft Teams and rescheduled to <u>Monday, November 10, 2025 at 10:00 a.m.</u> Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 3, 2025 by 5:00 p.m.</u>**

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**09/15/2025**